**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01175-CV

### SHAUN BURGESS, Appellant

### V.

### CASTLE KEEPERS, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01984-2012**

## ORDER

The Court has before it appellant's January 31, 2013 motion to reinstate appellant's affidavit of indigence. The Court **DENIES** the motion.

/s/    ELIZABETH LANG-MIERS
         JUSTICE